■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR LUJAN, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on November 15, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Fein, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MCBRIDE, Appellant.—Judgment, Supreme Court, Bronx County (George Covington, J.), rendered on May 7, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Sullivan, Carro and Asch, JJ.

■ CENTRAL COORDINATES, INC., as Assignee of BELLMORE INVESTMENTS, LTD., Appellant, v MORGAN GUARANTY TRUST COMPANY, Respondent.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on May 22, 1985, unanimously affirmed for the reasons stated by Martin Stecher, J. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Sandler, Sullivan, Carro and Asch, JJ. [129 Misc 2d 804.]